543 U.S. 1182
 ARIAS-HERNANDEZ ET AL.
v.
UNITED STATES
AVILES-JAIMES
v.
UNITED STATES.
CORTEZ-ESPINOZA
v.
UNITED STATES.
GONZALEZ-TREJO
v.
UNITED STATES.
MENDEZ-MARROQUIN
v.
UNITED STATES.
MACIAS ORTIZ
v.
UNITED STATES. and
PEREZ-RODRIGUEZ
v.
UNITED STATES.
 No. 04-8303.
 Supreme Court of United States.
 February 28, 2005.
 
 1
 C. A. 5th Cir. Reported below: 110 Fed. Appx. 427 (sixth judgment) and 460 (fourth judgment); 111 Fed. Appx. 336 (seventh judgment), 337 (third judgment), 744 (first judgment), and 745 (fifth judgment); 112 Fed. Appx. 341 (second judgment); Motions of petitioners for leave to proceed in forma pauperis granted. Certiorari granted, Judgments vacated, and cases remanded for further consideration in light of United States v. Booker, ante, p. 220.